**Electronically Filed
Supreme Court
SCWC-23-0000005
06-AUG-2024
02:17 PM
Dkt. 11 ODAC**

SCWC-23-0000005

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

PULETUA WILSON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000005; CAAP-23-0000401; CASE NO. 1CPC-18-0001923)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on July 1, 2024, is hereby rejected.

DATED:  Honolulu, Hawai'i, August 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

